**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Allan J. Gressey** | Social Security number or ITIN **xxx–xx–8418** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Zoraida Gressey** | Social Security number or ITIN **xxx–xx–1701** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:   **14–29896–CMG**

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Allan J. Gressey                                   Zoraida Gressey

<u>8/10/16</u>                                         **By the court:**  <u>Christine M. Gravelle</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                    Case No. 14-29896-CMG
Allan J. Gressey                                          Chapter 7
Zoraida Gressey
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Aug 10, 2016
                              Form ID: 318             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
db/jdb       +Allan J. Gressey,   Zoraida Gressey,   1 North Dakota Court,   Jackson, NJ 08527-1318
515077790    +ACB Receivables,   19 Main Street - PO Box 350,   Asbury Park, NJ 07712-0350
515077791    +Advance Wellness of Marlboro,   17 North Main Street,   Marlboro, NJ 07746-1439
515077794    +Atlantic Neurosurgical,   310 Madison Ave.,   Suite 300,   Morristown, NJ 07960-6996
515124716    +Atlantic Neurosurgical Specialists,   c/o Fein Such Kahn & Shepard PC,
               7 Century Dr., Suite 201,   Parsippany, NJ 07054-4609
515221726     CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
515222068     CitiMotgage, Inc.,   PO Box 6030,   Sioux Falls, SD 57117-6030
515077797    +Citimortgage,   PO Box 6243,   Sioux Falls, SD 57117-6243
515077798    +Commonwealth Financial,   245 Main Street,   Dickson City, PA 18519-1641
515077799    +Jason Santarcangelo, Esq.,   PO Box 731,   Montclair, NJ 07042-0731
515077800    +Milstead & Associates, LLC,   1 E. Stow Road,   Marlton, NJ 08053-3118
515296637     Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
               Wilkes-Barre, PA 18773-9635
515104661    +Nelnet on behalf of College Assist,   College Assist,   1560 Broadway Suite 1700,
               Denver CO 80202-5159
515077802     Sallie Mae,   PO Box 3320,   Wilmington, DE 19804-4320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2016 22:14:48    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2016 22:14:46    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
515113643    +E-mail/Text: dkretschmer@bchaselaw.com Aug 10 2016 22:14:41
               ACB Receivables Management, Inc.,   c/o Bart A. Chase, Esq.,   PO Box 871,
               Summit, NJ 07902-0871
515077792     EDI: GMACFS.COM Aug 10 2016 21:58:00    Ally Financial,   PO Box 380902,
               Bloomington, MN 55438-0902
515128457     EDI: GMACFS.COM Aug 10 2016 21:58:00    Ally Financial serviced by Ally Servicing LLC,
               PO Box 130424,   Roseville, MN 55113-0004
515077793    +E-mail/Text: lshields@trafgroup.org Aug 10 2016 22:14:49    American Trading Company,
               101 Grovers Mill Road,   Lawrenceville, NJ 08648-4706
515077795    +E-mail/Text: bankruptcy@cavps.com Aug 10 2016 22:15:01    Calvary Portfolio Service,
               500 Summit Lake Drive,   Vahalia, NY 10595-2322
515218090     EDI: CAPITALONE.COM Aug 10 2016 21:58:00    Capital One, N.A.,
               by American InfoSource LP as agent,   PO Box 71083,   Charlotte, NC 28272-1083
515077796    +EDI: CAPITALONE.COM Aug 10 2016 21:58:00    Capitol One,   P.O. Box 30285,
               Salt Lake City, UT 84130-0285
515084146    +E-mail/Text: bankruptcy@cavps.com Aug 10 2016 22:15:01    Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515143381     EDI: NAVIENTFKASMGUAR.COM Aug 10 2016 21:58:00    Navient Solutions Inc. on behalf of USAF,
               Attn: Bankruptcy Litigation Unit E3149,   P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
515077801    +E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2016 22:14:50    Nelnet,
               3015 S. Parker Road, Ste 400,   Aurora, CO 80014-2904
515229741     EDI: PRA.COM Aug 10 2016 21:58:00    Portfolio Recovery Associates, LLC,   c/o Capital One,
               POB 41067,   Norfolk VA 23541
515208644     EDI: PRA.COM Aug 10 2016 21:58:00    Portfolio Recovery Associates, LLC,   c/o Sams Club,
               POB 41067,   Norfolk VA 23541
515077802     EDI: SALLIEMAEBANK.COM Aug 10 2016 21:58:00    Sallie Mae,   PO Box 3320,
               Wilmington, DE 19804-4320
515077803    +EDI: RMSC.COM Aug 10 2016 21:58:00    Sams Club Credit Card,   PO Box 965005,
               Orlando, FL 32896-5005
515077804    +E-mail/Text: External.Collections@phoenix.edu Aug 10 2016 22:15:24    University Of Phoenix,
               4615 E. Elwood Street,   Phoenix, AZ 85040-1908
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515104662*   +Nelnet on behalf of College Assist,   College Assist,   1560 Broadway Suite 1700,
               Denver CO 80202-5159
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3           User: admin              Page 2 of 2            Date Rcvd: Aug 10, 2016
                               Form ID: 318             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
          Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Catherine E. Youngman    on behalf of Trustee Catherine E. Youngman cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Catherine E. Youngman    cyoungman@foxrothschild.com,
           NJ54@ecfcbis.com;fgruber@formanlaw.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joseph  Casello    on behalf of Joint Debtor Zoraida  Gressey jcasello@cvclaw.net,
           jcasello627@gmail.com
          Joseph  Casello    on behalf of Debtor Allan J. Gressey jcasello@cvclaw.net,   jcasello627@gmail.com
                                                                                             TOTAL: 7
```